# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**BRIAN T. STUART,**<br><br>Defendant. | PO-23-5047-GF-JTJ<br><br>**VIOLATIONS:**<br>E2028880<br>E2028881<br>E2028883<br>E2028884<br>Location Code: M13<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $265 fine to the Central Violations Bureau ($85 fine and $30 processing fee for E2028883, and $120 fine and $30 processing fee for E2028884), and for good cause shown, **IT IS ORDERED** that the $265 fine paid by the defendant is accepted as a full adjudication of violations E2028883 and E2028884.

**IT IS ORDERED** that violations E2028880 and E2028881 are **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for December 7, 2023, is **VACATED.**

DATED this 28th day of November, 2023.

_____
John Johnston
United States Magistrate Judge